### 29526. TAYLOR *v.* THE STATE.

MacINTYRE, J. The defendant was indicted for assault with intent to murder and was convicted of assault and battery. The evidence authorized the jury to find that the defendant, without provocation or justification, assaulted and beat the prosecutor as charged in the indictment. The court did not err in overruling the motion for new trial which was based solely on the general grounds.

*Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED OCTOBER 9, 1942.

*E. C. Collins,* for plaintiff in error.
*Harvey L. Jay, solicitor-general,* contra.